FILED
JUL 02 2001
[clerk signature]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION

Jerry W Bender
Plaintiff,

CIV 01 - 4151

vs.

COMPLAINT

S.D.S.P
Warden Douglas L Weber
Defendant.

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (✓)  ? sent affidavid with this form

B. If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs _____
      _____

      Defendants _____
      _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____
      _____

   3. Docket number _____

   4. Name of Judge to whom case was assigned _____.

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____.

   6. Approximate date of filing lawsuit _____.

   7. Approximate date of disposition _____.

(1)

More names on attach yellow paper

C.  Additional Defendants Robert Dooley wadin Mike Durfee state Prison Dr Eugene Regier, Kay Pa, Kay Wilma, Sioux Valley hospital Sioux, Carol, anet, bobby Kurly Sarg Winkel sgt Kewtsch Capt Dickinson SDSP south side unit management

IV. STATE OF CLAIM  Mike Durfee west Crawford a.n.t. management CO. P. Chm

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

From aug 19th 1997 TO may 2 2000 Refused medical attion For Hipitites B+C also In Dec or Jan 97 or 98 I got hurt at housing Project In Springfield was Refused help For This. I was giving 3 800mg Ibprofin For Neck Inj. In Feb 2000 I was sick with HCV + HBV. Dr Regier did Nothing For me. Dec 2000 came back to prison ask For Treatment no help Im been harrassy constantly By staff

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To get Treatment For HCV & HBV. Factual matter of a Clear & Concise Incident In which relief is needed To Insure the Rights & safeguards exist against Torture, Cruel + unusual Punishment, Mental Anguish For Citizens + Prisoners. and That all cost be paid by the state + Sioux Valley Hospital. My Health is a Life Threating Diesese so Im asking 20 million In Damages

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this 25 day of June, 2001

Jerry Bender
Signature of Plaintiff

(9/96)

(3)

~~~~~~~~ Legal Mail  Blumberg

Dr Regeir        Kay Willm Director   Carl Nur
Daral Slychousek   Kay Pa head nurse   Zykes
Doug Weber        A Net Nurse   PA Jeff Shield
Doug Wiena    Told me not & Deb nurse
To Tell People I've got HCV
HBV ~~~~~~~~ or I will be sleeping in
Bad Percusion  The hall Threating me so add
him to This Law suit

Sapose to be on Bottom Floor Lower
Bunk Because of Blackouts
But They Refuse to Follow Rules
add This allso

got sent down to Mike Durfee
State Prison with a medical
hold. Now its Like This
I Start all over For Treatment
add This allso

allso Add my complaint from
Washington D.C. on Legal mail
its Trying to kill me
add what I Put In Pellegrino
case allso

allso counsler Kurly For Inter
Filing with Out Process
rights  shreading evidence

Warden Dooley  Mike Durfee Health Service
~~Lisa McFletcher~~  West Crawford
Doug Wyvick   Unit Team
Tony Doyel   Lisa McFletcher

Day Hall Never open During News hours. They also Dont have Daily Libray For which ~~the~~ People can Read The ~~news~~ News. The state Does not Provide News To Inmates unless They can aford There own TV Rad. or news Paper

also They Thing 2 hours a week Is all you need For Legal Library + None IF you work

They dont have a Lawer or Paralegy To help with cases on a Regular basis

C.O. Picknor For Harasment & Reading Legal Mail

Springfield SD. 57062
Box 322
Mike Durfee State Prison

SD. S.P.
Box 5911
Sioux Falls S.D.

On June 19 Doug Wynia called me into his office and told me I'm not to tell other Inmates that I am HCV & HBV Positive I tell people I live with for there own Protection He said if I keep telling people I will be living in the Hall

when you people & Health service know this sickness causes Death!! your not cleaning sinks with bleach or toilets Having bars of soap on the sinks for every one to share This is how this diesese will spread

~~####~~ Medical 6-28-01

all These are at Mike Durfee State Pr
Warden Robert Dooley
Doug Wynia        CO Pienor
Tammy Doyel       Unit manager Moller
Health Services
and all othe staff
and Health services at ~~####~~ Yankton
Truster unit 98 99

---

allso unit C   IN Sioux Falls
allso Redfield Truster unit Redfield
S.D.   S.D. Devolpmental center
Redfield S.D.

My grievances From 97 throug
2000 were stolen by staff
at RTU & at unit C

IN 99 & 2000 The copeys
are IN wardens files on my
at Sioux Fall SD.

all These are at Sioux Fall State Prison

Bobby Hurly
Mary Burggraaf
Maj Van Vooren
Dennis Block
Douglas L Weber   warden
Kay Wilka

Dep Warden Daryl Slykhuis ←

These Two married & working against Inmates on grievance Procedures

Capt. Ditmanson  Lied on grievance
Capt. Baker on Issues of my mail being held up special security & not sending out

Sgt Winkel   Lies
Sgt Lentsch   Lies
S. Ballard   counselor gaurd
S Pederson              State Prison Sioux Fall
V.M. Berthelsen   unit manager   Sioux Falls State Prison

6-25-01

South Dakota State Prison Sioux Falls SD.
Warden Douglas L Weber.
ass warden DEnis Block
Del warden Daryl Sly Athais
Bobby Kurly counsiler ~~Re~~ Interfining with Due Prosses Rights 4 counts
Marry Burggraff
Maj van Dooren
Kay Wilka s.u.h.HS.
Kay Pa nurse s u h HS
Carol nurse s u h HS
anet nurse s u L HS

Sgt Winkel    Refuesd   Food over meds
Sgt Lentch      ''         ''        ''
S Ballure
S Pederson
KM Berthelson    Ken van Meveren

We have no help with Law Books here at Mike Durfee State Prison or at South Dakota State Prison so we are Trying to get are cases in court without Leagal assistance Hope you can help me I'm not cowified to to Legal work

6-75-01

SDSP & Mike Durffe State Prison
I cant get glasses from These People
The Heatth Service here at Mike Dur Fee
State Prison are Running me In circals
Im sick
 The unit staff here had To grieve
staff & health service To get off 3rd floor
C.O. Picnor has done nothering But Harassm

During my grievance Procider at
S.D. S.P. The unit Team Done Every
Thing In There Power To make my
Life misirable By Putting me in The
hole For Lies they made up I most
Likely wont get my Parole This
september because of counsler Bobby
Kurly. I've got so many ~~things~~ Things
That I've sent you ~~today~~ The grievences
& The answers.

Darel Slykhuis & H.S. Head nurse Kay Wilka
are married yet The work as a Team on Admin
tede Remadey which Is not Etical They
work against Inmatetes

I seen Eye Dr 3 months ago got a Pair of Glasse But
I can't see with Them wrong script Been
Trying over since I got Them To get new ones

Put Prison & Health Service Refuse To Help Me

I Requested June 6-7 or 8th To Be Seen By eye Dr here at Mike Durfee state Prison But These People Refuse To answer

The Health services got Returned To The State May 10th 2001 by Sioux valley hospital So I have To Take court action on Both as well as This List of People From S.D.S.P. and Mike Durfee state Prison

Mike Durfee state Prison names Springfield Warden Robert Dooley & all the Prison offials PA Jeff shields and all Heath services here West crawford unit Team & unit manager Moler & CO. Picnor Picknor Is continually Harrasing sick Inmates.
Doug wynia. For Threatening me with living In hall IF I Tell anybody I have HCV or HBV I have To Tell any Body I live with he says No I don't Its none of there busnes. Tammy Doyle Say's same Thing